KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone:  (415) 436-7210
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 05 0561 PJH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE UNTIL OCTOBER 26, 2005, AND EXCLUDING TIME FROM OCTOBER 5, 2005 TO OCTOBER 26, 2005 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| ARNULFO LEON CRUZ and JOSE LOPEZ RAMIREZ, | ) | |
| Defendants. | ) | |

    The parties appeared before the Court on October 5, 2005.  With the agreement of the parties, and with the consent of the defendants, the Court enters this order continuing these proceedings until October 26, 2005 at 1:30P.M. for a trial setting before the Honorable Phyllis J. Hamilton, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from October 5, 2005 to October 26, 2005.  The parties agreed, and the Court found and held, as follows:

    1. The defendants agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 5, 2005 to October 26, 2005, outweigh the best interest of the

public and the defendants in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendants, the Court ordered that the period from October 5, 2005 to October 26, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: _____

            /s_____
ROBERT DAVID REES
Assistant United States Attorney

DATED: _____

            /s_____
RANDY MONTESANO, ESQ.
Attorney for Arnulfo Leon Cruz

DATED: _____

            /s_____
STUART HANLON, ESQ.
Attorney for Jose Lopez Ramirez

IT IS SO ORDERED.

DATED: 11/1/05

_____
HON. PHYLLIS J. HAMILTON
United States District Judge