1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division
4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone:  (415) 436-7210
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                               SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,           )   No.  CR 05 0561 PJH
                                       )
13     Plaintiff,                      )   STIPULATION AND [~~PROPOSED~~]
                                       )   ORDER FOR CONTINUANCE UNTIL
14     v.                              )   NOVEMBER 9, 2005, AND EXCLUDING
                                       )   TIME FROM OCTOBER 26, 2005 TO
15 ARNULFO LEON CRUZ and               )   NOVEMBER 9, 2005 FROM SPEEDY
   JOSE LOPEZ RAMIREZ,                 )   TRIAL ACT CALCULATION (18 U.S.C. §
16                                     )   3161(h)(8)(A))
       Defendants.                     )
17 _____)

18         The parties appeared before the Court on October 26, 2005.  With the agreement of the

19 parties, and with the consent of the defendants, the Court enters this order continuing these

20 proceedings until November 9, 2005 at 1:30P.M. for a trial setting before the Honorable Phyllis

21 J. Hamilton, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §

22 3161(h)(8)(A), from October 26, 2005 to November 9, 2005.  The parties agreed, and the Court

23 found and held, as follows:

24         1. The defendants agreed to an exclusion of time under the Speedy Trial Act.  Failure to

25 grant the requested continuance would unreasonably deny defense counsel reasonable time

26 necessary for effective preparation, taking into account the exercise of due diligence.

27         2. Given these circumstances, the Court found that the ends of justice served by

28 excluding the period from October 26, 2005 to November 9, 2005, outweigh the best interest of

the public and the defendants in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendants, the Court ordered that the period from October 26, 2005 to November 9, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: _____         _____/s_____
                                                             ROBERT DAVID REES
                                                             Assistant United States Attorney

DATED: _____         _____/s_____
                                                             RANDY MONTESANO, ESQ.
                                                             Attorney for Arnulfo Leon Cruz

DATED: _____         _____/s_____
                                                             STUART HANLON, ESQ.
                                                             Attorney for Jose Lopez Ramirez

IT IS SO ORDERED.

DATED: 11/1/05

                                                             HON. PHYLLIS J. HAMILTON
                                                             United States District Judge