KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone:  (415) 436-7210
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 05 0561 PJH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE UNTIL JANUARY 4, 2005, AND EXCLUDING TIME FROM NOVEMBER 9, 2005 TO NOVEMBER 30, 2005 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) |
| v. | |
| ARNULFO LEON CRUZ and JOSE LOPEZ RAMIREZ, | |
| Defendants. | |

The parties appeared before the Court on November 9, 2005.  With the agreement of the parties, and with the consent of the defendants, the Court enters this order continuing these proceedings until January 4, 2005 at 1:30P.M. for a motions hearing before the Honorable Phyllis J. Hamilton, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from November 9, 2005 to November 30, 2005, the anticipated filing date of the defendants' motion(s).  The parties agreed, and the Court found and held, as follows:

   1.  The defendants agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from November 9, 2005 to November 30, 2005, outweigh the best interest

of the public and the defendants in a speedy trial.  § 3161(h)(8)(A).

      3.  Accordingly, and with the consent of the defendants, the Court ordered that the period from November 9, 2005 to November 30, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).  The Court also ordered the following briefing schedule:  defendants' motion(s) due by November 30, 2005, United States' response due by December 14, 2005, defendants' reply (if any) due by December 21, 2005.


      IT IS SO STIPULATED.


DATED: _____11/9/05_____                _____/s_____
                                      ROBERT DAVID REES
                                      Assistant United States Attorney


DATED: _____11/10/05_____            _____/s_____
                                      RANDY MONTESANO, ESQ.
                                      Attorney for Arnulfo Leon Cruz


DATED: _____11/9/05_____             _____/s_____
                                        STUART HANLON, ESQ.
                                      Attorney for Jose Lopez Ramirez


      IT IS SO ORDERED.

DATED:_____                          _____
       1/9/06
                                      HON. PHYLLIS J. HAMILTON
                                      United States District Judge