KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone:  (415) 436-7210
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 0561 PJH |
|    Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE UNTIL JANUARY 18, 2005, AND EXCLUDING TIME FROM JANUARY 4, 2006 TO JANUARY 18, 2006 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|    v. ) | |
| ARNULFO LEON CRUZ and JOSE LOPEZ RAMIREZ, ) | |
|    Defendants. ) | |

     The parties appeared before the Court on January 4, 2006. With the agreement of the parties, and with the consent of the defendants, the Court enters this order continuing these proceedings until January 18, 2006 at 1:30P.M. for a status hearing/trial setting before the Honorable Phyllis J. Hamilton, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from January 4, 2006 to January 18, 2006. The parties agreed, and the Court found and held, as follows:

     1. The defendants agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 4, 2006 to January 18, 2006, outweigh the best interest of the

1 | public and the defendants in a speedy trial.  § 3161(h)(8)(A).

2 |     3.  Accordingly, and with the consent of the defendants, the Court ordered that the period from January 4, 2006 to January 18, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 9, 2006
                                         /s
ROBERT DAVID REES
Assistant United States Attorney

DATED: January 18, 2006
                                         /s
RANDY MONTESANO, ESQ.
Attorney for Arnulfo Leon Cruz

DATED: January 18, 2006
                                         /s
STUART HANLON, ESQ.
Attorney for Jose Lopez Ramirez

IT IS SO ORDERED.

DATED: 1/19/06
                                        
HON. PHYLLIS J. HAMILTON
United States District Judge