STUART HANLON
Tamburello & Hanlon - SBN: 66104
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-4500

Attorney for Defendant
JOSE RAMIREZ LOPEZ


RANDY MONTESANO
Attorney at Law  - SBN: 83842
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-8226

Attorney for Defendant
JAVIER JIMENEZ, aka ARNULFO LEON CRUZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-05-0561-PJH |
| | ) | |
| Plaintiff, | ) | [~~PROPOS~~ED] ORDER RE |
| | ) | JOINT DEFENDANTS VISIT |
| vs. | ) | |
| | ) | |
| JOSE RAMIREZ LOPEZ and JAVIER | ) | |
| JIMENEZ, aka ARNULFO LEON CRUZ | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

TO: THE UNITED STATES MARSHAL SERVICE AND THE ALAMEDA COUNTY
  SHERIFF'S DEPARTMENT AT NORTH COUNTY JAIL, OAKLAND, CALIFORNIA:

Good cause having been shown,

IT IS HEREBY ORDERED that defendants JOSE RAMIREZ LOPEZ and JAVIER JIMENEZ aka ARNULFO LEON CRUZ, joined in the present action and both presently in the custody of the United States Marshal Service at the Alameda County Sheriff's Department facility known as North County Jail, though housed on different floors at the jail -- shall be allowed to meet together with their respective counsel, STUART HANLON for Mr. Ramirez-Lopez, and Randy Montesano for Mr. Jimenez aka Mr. Cruz, along with a Spanish translator at the North

1 | County Jail facility for legal contact visits.

2 | These visits shall take place during the time period of February 23, 2006, to and
3 | including March 23, 2006.

4 | Further, the Alameda County Sheriff's Department and the United States Marshal
5 | Service shall determine the location and the visit shall be conducted in a manner that shall
6 | not violate the security of said facility.

7 | Said visit shall be a contact visit between the parties and shall take place for a
8 | reasonable period of time.

9 | **IT IS SO ORDERED**:

11 | Dated: 2/21/06  _____   _____
12 | HON. PHYLLIS J. HAMILTON
    United States District Judge

