STUART HANLON, SBN: 66104
TAMBURELLO & HANLON
214 Duboce Avenue
San Francisco, California 94103
(415) 431-4500

Attorney for Defendant
JOSE RAMIREZ LOPEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0561 PJH |
| Plaintiff, | [~~PROPOSED~~] **ORDER RE JOINT DEFENDANTS VISIT** |
| v. | |
| JOSE RAMIREZ LOPEZ and, ARNULFO LEON CRUZ, | |
| Defendants. | |

TO: THE UNITED STATES MARSHAL SERVICE AND THE ALAMEDA COUNTY SHERIFF'S DEPARTMENT AT NORTH COUNTY JAIL, OAKLAND, CALIFORNIA,

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that defendants JOSE RAMIREZ LOPEZ and ARNULFO LEON CRUZ – joined in the present action and both presently in the custody of the United States Marshal Service at the Alameda County Sheriff's Department facility known as North County Jail, though housed on different floors at the jail -- shall be allowed to meet together with their respective counsel, STUART HANLON for Mr. Ramirez-Lopez, and RANDY MONTESANO for Mr. Cruz, along with a Spanish translator at the North County Jail

*LOPEZ: Order Re: Joint Defendant Visit*                                                                 1

1  facility for a legal contact visit.
2       This visit shall take place within thirty (30) days of
3  April 20, 2006.
4       Further, the Alameda County Sheriff's Department and the
5  United States Marshal Service shall determine the location and
6  the visit shall be conducted in a manner that shall not violate
7  the security of said facility.
8       Said visit shall be a contact visit between the parties and
9  shall take place for a reasonable period of time.
10      **IT IS SO ORDERED.**

12  Dated: 4/21/06
           _____         _____
13                                     Hon. Phyllis J. Hamilton
                                       United States District Court



28                                                                2