KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone:  (415) 436-7044
   Fax:  (415) 436-7234
   Email:  robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 0561 PJH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE** |
| ARNULFO LEON CRUZ and JOSE LOPEZ RAMIREZ, | |
| Defendants. | |

     The parties hereby stipulate that sentencing in this matter be continued from Wednesday, May 10, 2006, at 1:30PM, to Tuesday, June 7, 2006, at 1:30PM.  The reasons for the stipulation for the continuance request are as follows:

     The defendants have pleaded guilty to narcotics violations of 21 U.S.C. §§ 841(a)(1) and 846, and have admitted marijuana quantity allegations normally subjecting them to a mandatory minimum 10-year term of imprisonment.  Under 18 U.S.C. § 3553(f), however, the defendants would not be subject to the 10-year mandatory minimum if a number of conditions are met.  It appears from the PSR that the defendants have met all of those conditions save one:  that the defendants truthfully provide to the United States "all information and evidence the defendant has concerning the offense or offenses that were part of the same course of conduct or of a

Stipulation and Order Continuing Sentencing Date, CR 05 0561 PJH

1  common scheme or plan." § 3553(f)(5).  The parties have scheduled a proffer session for May 9,
2  2006 during which it is expected that the defendants will provide information about this offense.
3  Should the defendants successfully complete this requirement, both their Guidelines calculation
4  and their potential sentences would be affected.
5       The parties agree that the sentencing of the defendants before these anticipated proffers
6  occur would not be efficient.  Accordingly, the parties agree that continuing the defendants'
7  sentencing date until the proffers occur is the best approach for the efficient administration of
8  justice in this matter.

10 **IT IS SO STIPULATED**.

12 DATED:      May 8, 2006                          KEVIN V. RYAN
                                                    United States Attorney

14                                                  _____/s_____
                                                    ROBERT DAVID REES
15                                                  Assistant U.S. Attorney

17 DATED:      May 9, 2006                          _____/s_____
                                                    RANDY MONTESANO, ESQ.
18                                                  Attorney for Defendant Arnulfo Leon Cruz

20 DATED:      May 9, 2006                          _____/s_____
                                                    STUART HANLON, ESQ.
21                                                  Attorney for Defendant Jose Lopez Ramirez

23 **IT IS SO ORDERED.**

25 DATED:   5/10/06

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]

Stipulation and Order Continuing Sentencing Date, CR 05-0561 PJH